JAMES A. WHITBECK, RESPONDENT, *v.* STEPHEN BIL-LINGS AND DENNIS McGUIRE, APPELLANTS.

*School taxes — seizure of property by collector of, without proper notice — remedy of party aggrieved — costs — when not allowed — Chapter 555, 1864.*

The defendant McGuire, as collector, seized, under the direction of defendant Billings, the trustee of the district, certain property of the plaintiff, for non-payment of the school tax, without having posted the notices required by law. In an action brought by the plaintiff for such seizure, *held*, that the plaintiff had the right to appeal to the Superintendent of Public Instruction, under sections 1 and 2, of title 12, of chapter 555, of the Laws of 1864, and that as the judge, before whom the case was tried, certified, in pursuance of section 6, of title 13, of said chapter, that the defendant acted in good faith, the plaintiff was not entitled to costs.

APPEAL from an order directing the clerk to tax the plaintiff's costs.

Opinion by BARNARD, P. J.

Present — BARNARD, P. J., TALCOTT and TAPPEN, JJ.

Order reversed, with costs.